SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>         Plaintiff,<br><br>    v.<br><br>OVERLAND PARTNERS SEPULVEDA, LLC, a California Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10,<br><br>         Defendants. | Case No. 2:18-cv-01917-GW-PLA<br><br>**DEFENDANT STARBUCKS CORPORATION'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**<br><br>Date:             April 10, 2019<br>Time:            8:30 a.m.<br>Courtroom:   9D<br><br>Complaint Filed:   March 8, 2018<br><br>Trial:                      May 28, 2019<br>Pretrial Conference: May 16, 2019 |

Defendant Starbucks Corporation ("Defendant") requests an evidentiary ruling on the following objections to the Declaration of Shirley Lindsay In Support Of Her Motion For Partial Summary Judgment (Dkt. 43-6), the Declaration of Evens Louis In Support of Plaintiff's Motion For Partial Summary Judgment, and Exhibits 5 and 6 (Dkt. 43-9 & 43-10) filed by Plaintiff Shirley Lindsay ("Plaintiff") in support of Plaintiff's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment.

## DECLARATION OF PLAINTIFF SHIRLEY LINDSAY

**Objection No. 1:**

**Declaration of Shirley Lindsay In Support Of Her Motion For Partial Summary Judgment ("Plaintiff's Declaration") (Dkt. 43-6) page 2, line 18, ¶ 8:**

"However the disabled parking spaces were not accessible to me."

**Basis for Objection:**

**Lacks foundation.**  Fed. R. Evid. 602.

**Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7.  Mere conclusions of law are not sufficient.  *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

    **Sustained** _____        **Overruled** _____

///
///
///
///
///

**Objection No. 2:**

**Plaintiff's Declaration (Dkt. 43-6) page 2, lines 19-20, ¶ 9:**

"The parking stall and access aisle of the disabled parking space in front of the Starbucks contain slopes and cross-slopes."

**Basis for Objection:**

**Lacks foundation.** Fed. R. Evid. 602.

**Court's Ruling on Objection:**

Sustained _____    Overruled _____

**Objection No. 3:**

**Plaintiff's Declaration (Dkt. 43-6) page 2, lines 23-25, ¶ 11:**

"Additionally, the parking stall and access aisle *in front of the building across* from the Starbucks are not level with each other because there is a built up curb ramp that runs into the access aisle." (Emphasis added.)

**Basis for Objection:**

**Relevance.** Fed. R. Evid. 401, 402.

**Lacks foundation.** Fed. R. Evid. 602.

**Court's Ruling on Objection:**

Sustained _____    Overruled _____

**Objection No. 4:**

**Plaintiff's Declaration (Dkt. 43-6) page 2, line 28 - page 3, line 3, ¶ 13:**

"After I parked and proceeded towards the accessible entrance, I found that there is no safe wheelchair accessible route of travel from the boundary of the site to the accessible entrance of the Starbucks."

**Basis for Objection:**

**Lacks foundation.** Fed. R. Evid. 602.

**Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7.  Mere conclusions of law are not sufficient.  *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

    **Sustained** _____          **Overruled** _____

**Objection No. 5:**

**Plaintiff's Declaration (Dkt. 43-6) page 3, lines 4-5, ¶ 14:**

    "The public sidewalks terminate after entering the boundary of the property and there is no safe path of travel after that point."

**Basis for Objection:**

    **Lacks foundation.**  Fed. R. Evid. 602.

    **Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7.  Mere conclusions of law are not sufficient.  *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

    **Sustained** _____          **Overruled** _____

///
///
///
///

**Objection No. 6:**

**Plaintiff's Declaration (Dkt. 43-6) page 3, lines 6-8, ¶ 15:**

"Inside the Starbucks, although Defendants provided a lowered transaction counter which was less than 36 inches in height, the counter was still not accessible to me."

**Basis for Objection:**

**Lacks foundation.**  Fed. R. Evid. 602.

**Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7.  Mere conclusions of law are not sufficient.  *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

Sustained _____          Overruled _____

**Objection No. 7:**

**Plaintiff's Declaration (Dkt. 43-6) page 3, lines 12-14, ¶ 17:**

"The photographs submitted as Exhibit 5 truly and accurately depict the violations I encountered on the day(s) of my visit to Starbucks, on December 24, 2017, and January 12, 2018."

**Basis for Objection:**

**Lacks foundation.**  Fed. R. Evid. 602.

**Lacks authentication.**  Fed. R. Evid. 901.  Plaintiff provides no testimony authenticating the photographs submitted by declarant Evens Louis (Dkt. 43-8) as Exhibit 5 (Dkt. 43-9).

**Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7.

Mere conclusions of law are not sufficient. *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

    Sustained _____         Overruled _____

### DECLARATION OF EVENS LOUIS

**Objection No. 8:**

**Declaration Of Evens Louis In Support Of Plaintiff's Motion For Partial Summary Judgment ("Louis Declaration") (Dkt. 43-8) page 1, line 24 - page 2, line 3, ¶¶ 1-2:**

    "I, the undersigned, am an investigator hired by the Center for Disability Access to conduct a field investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following."

    "I was given the assignment of going to the Starbucks located at or about 4114 Sepulveda Blvd., Culver City, California, ('Starbucks') and taking photographs and measurements of the parking, path of travel and transaction counter."

**Basis for Objection:**

    **Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

    **Inadmissible opinion testimony.** Testimony does not set forth qualifications or describe methodology. Fed. R. Evid. 702.

    **Lacks foundation.** Fed. R. Evid. 602.

    **Improper legal conclusion.** Evidentiary facts are required for declarations in support of a motion for summary judgment. Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7. Mere conclusions of law are not sufficient. *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or

create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

**Court's Ruling on Objection:**

    Sustained _____   Overruled _____

**Objection No. 9:**

**Louis Declaration (Dkt. 43-8) page 2, lines 4-10, ¶ 3:**

    "I found that the off street parking lot serving the Retail Plaza where the Starbucks is located had approximately 100 parking spaces at street level, four of which were designated for use by persons with disabilities."

**Basis for Objection:**

    **Relevance**.  Fed. R. Evid. 401, 402.

    **Failure to comply with Fed. R. Civ.  Proc. 26(a)(2).**

    **Inadmissible opinion testimony.**  Fed. R. Evid. 702.

    **Lacks foundation.**  Fed. R. Evid. 602.

**Court's Ruling on Objection:**

    Sustained _____   Overruled _____

**Objection No. 10:**

**Louis Declaration (Dkt. 43-8) page 2, lines 11-21, ¶¶ 5-9:**

    "The disabled parking spaces located in front of Starbucks had running slopes of 4%, 4.5% and 2.1 gradient."

    "The disabled parking spaces located in front of Starbucks had cross slopes of 1.9%, 1.7% and 2.1% gradient."

    "The parking stall and access aisle of the disabled parking spaces *in front of the building across from the Starbucks* had a built up curb ramp that runs into the access aisle." (Emphasis added.)

1   "The disabled parking spaces across from Starbucks had running slopes of 2.4%,
2   9.0/3.7% and 2.3% gradient."

3   "The disabled parking spaces across from Starbucks had cross slopes of 0.2%,
4   2.4% and 0.9% gradient."

**Basis for Objection:**

**Relevance**.  Fed. R. Evid. 401, 402.

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.**  Fed. R. Evid. 702.

**Lacks foundation.**  Fed. R. Evid. 602.

**Court's Ruling on Objection:**

**Sustained _____          Overruled _____**

**Objection No. 11:**

**Louis Declaration (Dkt. 43-8) page 2, lines 22-24, ¶ 10:**

"There is no wheelchair accessible route of travel from the boundary of the site to the accessible entrance of the Starbucks."

**Basis for Objection:**

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.**  Fed. R. Evid. 702.

**Lacks foundation.**  Fed. R. Evid. 602.

**Improper legal conclusion.**  Evidentiary facts are required for declarations in support of a motion for summary judgment.  Fed. R. Civ. Proc. 56(c)(4); Civ. L. R. 7-7. Mere conclusions of law are not sufficient.  *See e.g., British Airways Bd. v. Boeing Co.*, 585 F.2d 946, 952 (9th Cir. 1978) (legal argument cannot establish an admissible fact or create an issue of fact for purposes of summary judgment) *cert. denied*, 440 U.S. 981 (1979).

///

**Court's Ruling on Objection:**

Sustained _____     Overruled _____

**Objection No. 12:**

**Louis Declaration (Dkt. 43-8) page 2, lines 25-26, ¶ 11:**

"Inside the Starbucks, the transaction counter was crowded with merchandise and displays."

**Basis for Objection:**

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.** Fed. R. Evid. 702.

**Lacks foundation.** Fed. R. Evid. 602.

**Court's Ruling on Objection:**

Sustained _____     Overruled _____

**Objection No. 13:**

**Louis Declaration (Dkt. 43-8) page 2, lines 27-28, ¶ 12:**

"Due to the placement of merchandise and displays the clear space by the card reader measured as narrow as 15 inches in width."

**Basis for Objection:**

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.** Fed. R. Evid. 702.

**Lacks foundation.** Fed. R. Evid. 602.

**Court's Ruling on Objection:**

Sustained _____     Overruled _____

///

///

///

**Objection No. 14:**

**Louis Declaration (Dkt. 43-8) page 3, lines 1-6, ¶¶ 13-14; Exhibit 5 (Dkt. 43-9), pages 1-44; and Exhibit 6 (Dkt. 43-10), page 1:**

"The photographs submitted as Exhibit 5 are true and accurate copies of the photographs I took on February 23, 2018."

"The screenshots submitted as Exhibit '6' truly and accurately depict the parking lot and the measurements I took at the parking lot, on February 28, 2018."

**Basis for Objection:**

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.** Fed. R. Evid. 702.

**Lacks foundation.** Fed. R. Evid. 602.

**Lacks authentication.** Fed. R. Evid. 901.

**Court's Ruling on Objection:**

Sustained _____     Overruled _____

**Objection No. 15:**

**Louis Declaration (Dkt. 43-8) page 3, line 7, ¶ 15:**

"I personally took all my measurements with a slope gauge."

**Basis for Objection:**

**Failure to comply with Fed. R. Civ. Proc. 26(a)(2).**

**Inadmissible opinion testimony.** Fed. R. Evid. 702.

**Lacks foundation.** Fed. R. Evid. 602.

**Court's Ruling on Objection:**

Sustained _____     Overruled _____

///
///
///

9

| | | |
|---|---|---|
| 1 | DATED: March 11, 2019 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: */s/ Myra B. Villamor* |
| 4 | | Myra B. Villamor<br>Attorneys for Defendant |
| 5 | | STARBUCKS CORPORATION |