UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OVERLAND PARTNERS SEPULVEDA, LLC, a California Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV 18-1917-GW-PLAx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT STARBUCKS CORPORATION**<br><br>Complaint Filed: March 8, 2018 |

The Court having ordered that summary judgment be entered in favor of Defendant Starbucks Corporation ("Starbucks"),

IT IS ORDERED AND ADJUDGED the Plaintiff take nothing as to Starbucks, that Plaintiff's claims against Starbucks are dismissed with prejudice, and that Starbucks recover its costs of suit pursuant to a bill of costs filed in accordance with Rule 54 of the Federal Rules of Civil Procedure. Starbucks may file a noticed motion for attorneys' fees.

DATED: _May 28, 2019

_____
HON. GEORGE H. WU,
United States District Judge