JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> OVERLAND PARTNERS SEPULVEDA, LLC, a California Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10, <br><br> Defendants. | Case: CV 18-1917-GW-PLAx <br><br> **ORDER** |

**ORDER**

Defendant Overland Partners Sepulveda, LLC is hereby ordered dismissed with prejudice.

Dated: July 12, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE